ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Accu-Aire Mechanical, LLC | ) | ASBCA No. 64204 |
| | ) | |
| Under Contract No. FA3016-19-C-A085 | ) | |

APPEARANCES FOR THE APPELLANT:    Johnathan M. Bailey, Esq.
    Kristin E. Zachman, Esq.
      Cokinos-Young
      San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter, III, Esq.
      Air Force Deputy Chief Trial Attorney
    Aaron J. Weaver, Esq.
      Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE MCNULTY

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $10,000. This amount is inclusive of Contract Disputes Act interest. The money is to be paid from the Judgment Fund, 31 U.S.C. §1304.

Dated: April 29, 2026

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                      I concur


_____                      _____
J. REID PROUTY                                DAVID D. D'ALESSANDRIS
Administrative Judge                          Administrative Judge
Acting Chairman                               Acting Vice Chairman
Armed Services Board                          Armed Services Board
of Contract Appeals                           of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 64204, Appeal of Accu-Aire
Mechanical, LLC, rendered in conformance with the Board's Charter.

        Dated:  April 29, 2026


_____
        PAULLA K. GATES-LEWIS
        Recorder, Armed Services
        Board of Contract Appeals


                                        2